PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael R. Weeks            Docket No. 2:16-MJ-1050-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Michael R. Weeks, who was placed under pretrial release supervision by the Honorable Terrence W. Boyle, U.S. District Judge, on June 17, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 28, 2016, the defendant submitted to urinalysis that resulted in a positive test for marijuana and cocaine. On July 22, 2016, the undersigned probation officer confronted the defendant regarding the violation, at which time Mr. Weeks admitted to using marijuana and cocaine.

**PRAYING THAT THE COURT WILL ORDER** that the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller            /s/ Melissa K. Gonigam
Jeffrey L. Keller            Melissa K. Gonigam
Supervising U.S. Probation Officer            U.S. Probation Officer
           201 South Evans Street, Rm 214
           Greenville, NC 27858-1137
           Phone: (252) 830-2345
           Executed On: July 28, 2016

### ORDER OF THE COURT

Considered and ordered the __1__ day of __August__, 2016, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge