UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:16mj-01050-BO

UNITED STATES OF AMERICA :
:
VS. : ORDER
:
MICHAEL R. WEEKS :
        DEFENDANT :

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on July 18, 2016, thirty (30) days will have passed since the defendant surrendered his license after having been charged with open container of alcohol in vehicle, possession of drug paraphernalia, possession of controlled substance and failure to comply with traffic device.

**IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 4102 Captain Cuttle Court, Kitty Hawk, North Carolina 27949

This 31 day of August, 2016.

                                            TERRENCE W. BOYLE
                                            UNITED STATES DISTRICT JUDGE