## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Michael R. Weeks**                    **Docket No. 2:16-MJ-1050-1BO**

### Petition for Action on Probation

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael R. Weeks, who, upon an earlier plea of guilty to Possession of a Controlled Substance, in violation of 36 C.F.R. § 2.35(b)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 12, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 6, 2016, a urine specimen collected from the defendant on October 27, 2016, was determined by the national laboratory to be positive for cocaine. On November 11, 2016, when confronted with the result, Weeks admitted to using cocaine on October 24, 2016. He also signed a written statement admitting to his drug use. As a sanction for Weeks' conduct, we are respectfully recommending he be ordered to serve 2 days incarceration in the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dwayne K. Benfield                    /s/ Lakesha H. Wright
Dwayne K. Benfield                        Lakesha H. Wright
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          306 East Main Street, Room 306
                                          Elizabeth City, NC 27909-7909
                                          Phone: 252-335-5508
                                          Executed On: November 15, 2016

### ORDER OF THE COURT

Considered and ordered this ___*16*___ day of _*November*___, 2016, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge